■ LAVERNE S. CROFOOT, Plaintiff, v. HARRISON BLOOMER, Defendant and Third-Party Plaintiff-Appellant. FREDERICK OAKLEAF, Third-Party Defendant-

Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.